No. 84–57. DeGregorio v. Weaver, Administrator, Small Business Administration. C. A. 9th Cir. Certiorari denied.

`No. 84–58. Kansas City Southern Railway Co. v. Chaffin. Ct. App. Tex., 6th Sup. Jud. Dist. Certiorari denied.

No. 84–59. Cleveland-Cliffs Steamship Co. et al. v. Krenzler, Judge, United States District Court for the Northern District of Ohio. C. A. 6th Cir. Certiorari denied.

No. 84–61. Boone v. Mass Transit Administration. C. A. 4th Cir. Certiorari denied.

No. 84–65. American Bearing Co., Inc. v. Litton Industries, Inc. C. A. 3d Cir. Certiorari denied.

No. 84–69. Traylor et ux. v. L. B. Smith, Inc. C. A. 7th Cir. Certiorari denied.

No. 84–71. Sanders v. Wasser, Commissioner of Corrections of New York, et al. C. A. 2d Cir. Certiorari denied.

No. 84–73. Rockwool Industries, Inc. v. Black Gold, Ltd. C. A. 10th Cir. Certiorari denied.

No. 84–75. Wilbur v. Southern Galvanizing Co. C. A. 4th Cir. Certiorari denied.

No. 84–77. Turner v. Virginia et al. C. A. 4th Cir. Certiorari denied.

No. 84–79. Kansas City Southern Railway Co. v. Dubose. C. A. 5th Cir. Certiorari denied.

No. 84–80. Hanzlik v. Paustian. Sup. Ct. Neb. Certiorari denied.

No. 84–84. Crane, Individually, and as Administratrix of the Goods, Chattels, and Credits of Crane v. Consoli-